STATE OF MONTANA,
    Plaintiff,                      No. DC-03-21
vs.                             Decision
VICKIE J. WEBSTER,
    Defendant.

On January 8, 2004, the defendant was sentenced to a Five (5) year commitment to the Department of Corrections for the offense of Criminal Possession of Dangerous Drugs, a felony.

On September 24, 2004, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Mathew Stevenson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed. However, the imposition of the fine in Condition 1(b) of the Judgment dated January 8, 2004, shall be modified to reduce the fine from $15,000.00 to $8,500.00.

The Sentence Review Division finds that the $15,000 fine is not commensurate with the record of the ability of the Defendant to pay the fine over and above her ability to support herself and any family members that might be living with her.

Done in open Court this 24th day of September, 2004.

DATED this 19th day of October, 2004.

Chairperson, Hon. Marc G. Buyske, Member, Hon. Gary L. Day and Member, Hon. John Whelan.